| Case No: | 10-15979 MOR Judge: PAT E. MORGENSTERN-CLARREN | | Trustee Name: | STEVEN SCOTT DAVIS |
|---|---|---|---|---|
| Case Name: | LEITCH, DAVID B. | | Date Filed (f) or Converted (c): | 06/18/10 (f) |
| | | | 341(a) Meeting Date: | 07/26/10 |
| For Period Ending: | 09/23/10 | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Real Estate - 1102 Middle Avenue | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Real Estate - 328 W. River Road | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 3. CASH | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Bank Accounts | 190.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing Apparel | 350.00 | 0.00 | DA | 0.00 | FA |
| 7. Misc. Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. Insurance - term | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Insurance - term | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Pension - IRA | 5,571.14 | 0.00 | DA | 0.00 | FA |
| 11. Pension - STRS | 25,255.32 | 0.00 | DA | 0.00 | FA |
| 12. Pension - IRA | 5,953.41 | 0.00 | DA | 0.00 | FA |
| 13. Partnership - David Leitch, Inc. Estate Planning | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Automobile - 2007 Chevy Cobalt | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Automobile - 1999 Hyundai Elantra | 500.00 | 0.00 | DA | 0.00 | FA |
| 16. OFFICE EQUIPMENT | 150.00 | 0.00 | DA | 0.00 | FA |
| 17. Miscellaneous property - interest in trust (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $116,169.87 | $1.00 | | $0.00 | $1.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 10/01/11      Current Projected Date of Final Report (TFR): 10/01/11

LFORM1                                                                                                                                                      Ver: 15.20