IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE | ) | CASE NO.: 10-15979 |
| | ) | |
| **DAVID B. LEITCH** | ) | CHAPTER 7 CASE |
| | ) | |
| | ) | JUDGE: **PAT E. MORGENSTERN-CLARREN** |
| Debtor(s) | ) | |
| | ) | |

## REQUEST FOR NOTICE TO CREDITORS

To the Clerk, United States Bankruptcy Court:

It appears to the Trustee that there will be assets for distribution in the above-captioned matter. Please issue notice to creditors to file claims.

       /s/ Steven S. Davis
**STEVEN S. DAVIS, Trustee**
**OSB# 0005789**
**1370 Ontario Street, #450**
**Cleveland, Ohio 44113**
**(216) 781-7272   Fax (216) 781-3312**
**email: sdavis@epitrustee.com**