Northern District Of Ohio
United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 10−15979−pmc**

**In re: (Name of Debtor)**
   David B. Leitch
   41265 Ravines Edge Way
   La Grange, OH 44050

**Social Security No.:**
   xxx−xx−0156

# NOTICE OF NEED TO FILE PROOF OF CLAIM
# DUE TO RECOVERY OF ASSETS

**To the Creditors and Parties in Interest:**

The initial notice in this case instructed creditors not to file a proof of claim. Assets have since been recovered by the trustee and creditors who wish to share in distribution of funds must file a proof of claim with the clerk at:

United States Bankruptcy Court
201 Superior Avenue
Cleveland, OH 44114−1235

Last date to file claims: **December 22, 2010**

Creditors who do not file a proof of claim on or before the last date to file claims will not share in distribution. A proof of claim form is included with this notice. It may be filed by regular mail. If you wish to receive proof of receipt by the bankruptcy court, enclose a photocopy of the proof of claim with a stamped, self−addressed envelope. There is no fee for filing the proof of claim.

**Any creditor who has previously filed a proof of claim need not file another proof of claim.**

**Dated:** September 23, 2010             For the Court
Form ohnb177             Kenneth J. Hirz, Clerk
Proof of Claim Included