**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Case No: 10-15979 MOR Judge: PAT E. MORGENSTERN-CLARREN  Trustee Name: STEVEN SCOTT DAVIS
Case Name: LEITCH, DAVID B.  Date Filed (f) or Converted (c): 06/18/10 (f)
For Period Ending: 03/31/11  341(a) Meeting Date: 07/26/10
Claims Bar Date: 12/22/10

| 1<br>Asset Description<br>(Scheduled and Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=554(a) Abandon<br>DA=554(c) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1. Real Estate - 1102 Middle Avenue | 45,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Real Estate - 328 W. River Road | 22,000.00 | 0.00 | DA | 0.00 | FA |
| 3. CASH | 100.00 | 0.00 | DA | 0.00 | FA |
| 4. Bank Accounts | 190.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Wearing Apparel | 350.00 | 0.00 | DA | 0.00 | FA |
| 7. Misc. Jewelry | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. Insurance - term | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. Insurance - term | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Pension - IRA | 5,571.14 | 0.00 | DA | 0.00 | FA |
| 11. Pension - STRS | 25,255.32 | 0.00 | DA | 0.00 | FA |
| 12. Pension - IRA | 5,953.41 | 0.00 | DA | 0.00 | FA |
| 13. Partnership - David Leitch, Inc. Estate Planning | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Automobile - 2007 Chevy Cobalt | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 15. Automobile - 1999 Hyundai Elantra | 500.00 | 0.00 | DA | 0.00 | FA |
| 16. OFFICE EQUIPMENT | 150.00 | 0.00 | DA | 0.00 | FA |
| 17. Miscellaneous property - interest in trust (u) | 0.00 | 1.00 | | 0.00 | 1.00 |

**Gross Value of Remaining Assets**

TOTALS (Excluding Unknown Values)  $116,169.87  $1.00  $0.00  $1.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

LFORM1  Ver: 16.02b

10-15979-pmc  Doc 18  FILED 04/28/11  ENTERED 04/28/11 16:08:13  Page 1 of 3

| | | |
|---|---|---|
| Case No: | 10-15979 MOR Judge: PAT E. MORGENSTERN-CLARREN | Trustee Name: STEVEN SCOTT DAVIS |
| Case Name: | LEITCH, DAVID B. | Date Filed (f) or Converted (c): 06/18/10 (f) |
| | | 341(a) Meeting Date: 07/26/10 |
| | | Claims Bar Date: 12/22/10 |

Initial Projected Date of Final Report (TFR): 10/01/11     Current Projected Date of Final Report (TFR): 10/01/11

/s/ STEVEN SCOTT DAVIS
_____   Date: _____
STEVEN SCOTT DAVIS

LFORM1

Ver: 16.02b

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 10-15979 -MOR | Trustee Name: | STEVEN SCOTT DAVIS |
|---|---|---|---|
| Case Name: | LEITCH, DAVID B. | Bank Name: | |
| | | Account Number / CD #: | ******* |
| Taxpayer ID No: | | | |
| For Period Ending: | 03/31/11 | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | NO BANK ACCOUNTS | | | | |

|  | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | Subtotal | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| | Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| - ********CCTS | 0.00 | 0.00 | 0.00 |
| | 0.00 | 0.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   0.00

LFORM24

Ver: 16.02b

10-15979-pmc    Doc 18    FILED 04/28/11    ENTERED 04/28/11 16:08:13    Page 3 of 3